# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Jennifer N. Marah                                       **CLERK'S ENTRY OF DEFAULT**

                Plaintiff(s)            Case Number:   14-cv-2951 DWF/JSM

v.

National Credit Adjusters, LLC

                Defendant(s)

It appearing that defendant(s) National Credit Adjusters, LLC is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

    **DEFAULT IS HEREBY ENTERED** against

        National Credit Adjusters, LLC

this 14th day of August, 2014.

                                        RICHARD D. SLETTEN, CLERK

                                        s/Katie Thompson

                    (By)   Katie Thompson            Deputy Clerk